**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,**

Plaintiffs,

v.

**DEERE & COMPANY,**

Defendant.

CASE NO. 1:26-CV-00425-ADA

**JURY TRIAL DEMANDED**

## ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER

On September 24, 2026, the Parties filed a joint motion to amend the Scheduling Order. Having considered the motion and for good cause shown, the Parties' Joint Motion to Amend the Scheduling Order is hereby **GRANTED**. The deadlines previously set forth in the Scheduling Order dated June, 29, 2026 (ECF No. 30) are hereby **MODIFIED** as follows:

| Current Deadline | New Deadline | Event |
|---|---|---|
| September 24, 2026 | October 8, 2026 | Last day for Deere & Company to serve preliminary invalidity contentions. |
| October 6, 2026 | October 20, 2026 | Parties exchange claim terms for construction. |
| October 20, 2026 | November 3, 2026 | Parties exchange proposed claim constructions. |
| October 27, 2026 | November 10, 2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |

| | | |
|---|---|---|
| November 3, 2026 | November 17, 2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| November 17, 2026 | December 22, 2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| December 15, 2026 | February 11, 2027 | Plaintiffs file Responsive claim construction brief. |
| January 12, 2027 | March 25, 2027 | Defendant files Reply claim construction brief.<br><br>Parties to jointly email the law clerks to confirm their Markman date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| February 2, 2027 | April 22, 2027 | Plaintiffs file Sur-Reply claim construction brief. |
| February 9, 2027 | April 29, 2027 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| February 16, 2027 | May 6, 2027 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br>See General Issues Note #9 regarding providing copies of the briefing to the technical advisor (if appointed). |

It is so ORDERED.

Entered this _______ day of _________, 2026.

_________________________________

United States District Judge